1  Julie A. Manning (CT SBN 308758)
   Eric Goldstein (CT SBN 424899)
2  Pro Hac Vice Applications Pending
   Shipman & Goodwin, LLP
3  One Constitution Plaza
   Hartford, CT 06103
4  Telephone:   (860) 251-5000
   Facsimile:   (860) 251-5099
5
   Andrew W. Stroud (SBN 126475)
6  Landon D. Bailey (SBN 240236)
   Mennemeier, Glassman & Stroud LLP
7  980 9th Street, Suite 1700
   Sacramento, CA  95814
8  Telephone:  (916) 553-4000
   Facsimile:  (916) 553-4011
9
   Attorneys for Domino's Pizza LLC, Domino's Pizza
10 Master Issuer LLC, and Domino's Pizza Franchising LLC

11                UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

13                  SACRAMENTO DIVISION

14
   DOMINO'S PIZZA MASTER ISSUER        CIVIL ACTION NO. 2:10-cv-02582-FCD-EFB
15 LLC, DOMINO'S PIZZA
   FRANCHISING LLC, AND DOMINO'S
16 IP HOLDER LLC

17          Plaintiffs,
                                       Date:        September 27, 2010
18 VS                                  Time:        3:00 p.m.
                                       Judge:       Honorable Frank C. Damrell, Jr.
19 DANIEL KENNETH MCALLISTER           Courtroom: 2
                                       Complaint
20          Defendant.                 Filed:       September 22, 2010

21

22

23 **ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION**
   **FOR TEMPORARY RESTRAINING ORDER**
24

25         Domino's Pizza Master Issuer LLC, Domino's Pizza Franchising LLC, and Domino's IP

26 Holder LLC ("Plaintiffs") have requested that Plaintiffs' counsel, Ms. Julie A. Manning (Pro Hac

27 Vice Application Pending), who is located in Hartford, Connecticut, be permitted to appear by

28 telephone at the hearing on Plaintiffs' Motion for Temporary Restraining Order, scheduled to take

1668639v1

place before this Court on Monday, September 27, 2010 at 3:00 p.m.

 Having considered Plaintiffs' request and good cause appearing therefor, Plaintiffs' Request to Appear Telephonically at Hearing on Motion for Temporary Restraining Order is GRANTED.

 IT IS SO ORDERED.

DATED:  September 24, 2010

         FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE

Order on Request to Appear
Telephonically at Hearing on Motion

1668639v1