UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINO'S PIZZA MASTER ISSUER LLC, DOMINO'S PIZZA FRANCHISING LLC, AND DOMINO'S IP HOLDER LLC<br><br>   Plaintiffs,<br><br>VS<br><br>DANIEL KENNETH MCALLISTER<br><br>   Defendant. | CIVIL ACTION NO. 2:10-cv-2582 FCD EFB |

**TEMPORARY RESTRAINING ORDER**

Plaintiffs' Domino's Pizza Franchising LLC, Domino's Pizza LLC and Domino's IP Holder LLC (collectively "Domino's") Motion for Temporary Restraining Order dated September 22, 2010, having been presented to the Court, and the Court having considered Domino's Verified Complaint, together with the Memorandum of Law In Support of the Motion for Temporary Restraining Order filed herewith, it is hereby found that there exists sufficient

-1-

grounds for the issuance of a Temporary Restraining Order to avoid immediate and irreparable harm if a Temporary Restraining Order is not entered, and it is accordingly:

ORDERED that the Defendant Daniel Kenneth McAllister, and any person acting under his direction or control, is hereby enjoined from contributing to, causing, aiding, and/or abetting any of the following actions:

(a) Directly or indirectly using or infringing upon Domino's trademarks;

(b) Engaging in any acts or activities directly or indirectly calculated to trade upon Domino's trademarks, or the reputation and goodwill of Domino's, or which in any manner competes unfairly with Domino's;

(c) Using or disclosing in any manner any of Domino's trade secrets and/or proprietary and/or confidential materials which the Defendant has in his possession and/or control; and

(d) Violating Sections 18.3(a) - (c) and (e) - (f) of the Standard Franchise Agreements by and between McAllister and Domino's, pursuant to which McAllister was formerly authorized to operate the Domino's Pizza Stores identified as Store Nos. 7742, 8416 and 8139, including the obligation to return the Operating Manual and Customer Lists (as defined in such Standard Franchise Agreements), and cease using and transfer to Domino's or its designee the telephone numbers in use for such Stores which are as follows:  (530) 741-3030 for Store No. 8416, (530) 673-3131 for Store No. 7742, and (530) 662-5353 for Store No. 8139; and

AND IT IS FURTHER ORDERED THAT: McAllister return to Domino's, or its attorneys, the originals and copies of any documents, forms, computer disks, specifications, and printouts in his possession, custody, or control that contain information regarding Domino's confidential, proprietary, or trade secret information.

AND IT IS FURTHER ORDERED THAT: McAllister deliver to this Court, within seven (7) days of the entry of this Temporary Restraining Order, a certification to the Court that he has searched for and turned over, pursuant to the terms of this Order, all originals and all copies of documents, forms, computer disks, specifications, and printouts containing information regarding Domino's confidential, proprietary, or trade secret information.

AND IT IS FURTHER ORDERED THAT:  Domino's shall be permitted to file a Motion for Preliminary Injunction on or before September 29, 2010.

1669342v1

1   AND IT IS FURTHER ORDERED THAT: the Defendant, Daniel McAllister, shall file any objection to the Motion for Preliminary Injunction on or before October 4, 2010.

AND IT IS FURTHER ORDERED THAT: Domino's may file a reply brief to the Motion for Preliminary Injunction on or before October 6, 2010.

AND IT IS FURTHER ORDERED THAT:  a hearing on Domino's Motion for a Preliminary Injunction shall be held before this Court on October 8, 2010 at 10:00 a.m.

AND IT IS FURTHER ORDERED THAT:  the provisions of this Order shall EXPIRE at 11:59 p.m. on October 10, 2010 unless the Court extends it in accordance with Federal Rule of Civil Procedure 65.

AND IT IS FURTHER ORDER THAT: there will be a bond in the amount of $____n/a_____.

AND IT IS FURTHER ORDERED THAT: service of a copy of this Temporary Restraining Order and all related pleadings and exhibits filed with the Court in connection herewith shall be made on the Defendants in accordance with applicable law on or before September 28, 2010.

AND IT IS FURTHER ORDERED THAT: Defendant may apply to the court for modification/dissolution of this Temporary Restraining Order on 2 days notice or such shorter notice as this Court may allow.

Issued this 27th day of September 2010 at <u>Sacramento</u>, California, at 3:50 p.m.

_____
UNITED STATES DISTRICT JUDGE