Julie A. Manning (CT SBN 308758)
Eric Goldstein (CT SBN 424899)
Pro Hac Vice Applications Pending
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone:   (860) 251-5000
Facsimile:    (860) 251-5099

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone: (916) 553-4000
Facsimile:  (916) 553-4011

Attorneys for Domino's Pizza LLC, Domino's Pizza
Master Issuer LLC, and Domino's Pizza Franchising LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINO'S PIZZA MASTER ISSUER LLC, DOMINO'S PIZZA FRANCHISING LLC, AND DOMINO'S IP HOLDER LLC<br><br>Plaintiffs,<br><br>VS<br><br>DANIEL KENNETH MCALLISTER<br><br>Defendant. | CIVIL ACTION NO. 2:10-cv-02582-FCD-EFB<br><br><br>Date:         October 8, 2010<br>Time:        3:00 p.m.<br>Judge:       Honorable Frank C. Damrell, Jr.<br>Courtroom: 2<br>Complaint<br>Filed:         September 22, 2010 |

### ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Domino's Pizza Master Issuer LLC, Domino's Pizza Franchising LLC, and Domino's IP Holder LLC ("Plaintiffs") have requested that Plaintiffs' counsel, Ms. Julie A. Manning (Pro Hac Vice), who is located in Hartford, Connecticut, be permitted to appear by telephone at the hearing on Plaintiffs' Motion for Preliminary Injunction, scheduled to take place before this Court on

-1-
Order on Request to Appear
Telephonically at Hearing on Motion
1668639v1

Friday, October 8, 2010 at 3:00 p.m.

     Having considered Plaintiffs' request and good cause appearing therefor, Plaintiffs' Request to Appear Telephonically at Hearing on Motion for Preliminary Injunction is GRANTED.

     IT IS SO ORDERED.

DATED:  October 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE