UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINO'S PIZZA MASTER ISSUER LLC, DOMINO'S PIZZA FRANCHISING LLC, AND DOMINO'S IP HOLDER LLC | CIVIL ACTION NO. 2:10-CV-02582 |
| Plaintiffs, | |
| VS | |
| DANIEL KENNETH MCALLISTER | |
| Defendant. | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Plaintiffs' Domino's Pizza Franchising LLC, Domino's Pizza Master Issuer LLC and Domino's IP Holder LLC (collectively "Domino's") Motion for Preliminary Injunction dated September 29, 2010, having been presented to the Court, and the Court having considered Domino's Verified Complaint, together with the Memorandum of Law In Support of the Motion for Preliminary Injunction filed therewith, and having considered the evidence submitted and the arguments of counsel, it is hereby found that there exists sufficient grounds for the issuance of a Preliminary Injunction to avoid immediate and irreparable harm if such injunctive relief is not entered, and it is accordingly:

1671182v2

1    ORDERED that the Defendant Daniel Kenneth McAllister, and any person acting under

2    his direction or control, is hereby enjoined from contributing to, causing, aiding, and/or abetting

3    any of the following actions:

4        (a)    Directly or indirectly using or infringing upon Domino's trademarks;

5        (b)    Engaging in any acts or activities directly or indirectly calculated to trade upon
     Domino's trademarks, or the reputation and goodwill of Domino's, or which in
6    any manner competes unfairly with Domino's; and

7        (c)    Using or disclosing in any manner any of Domino's trade secrets and/or
     proprietary and/or confidential materials which the Defendant has in his
8    possession and/or control.

9    AND IT IS FURTHER ORDERED THAT: McAllister, and any person acting under his

10   direction or control, shall within one (1) business day of the entry of this Order comply with

11   Sections 7.5 and 18.3(a) - (c) and (e) - (f) of the Standard Franchise Agreements by and between

12   McAllister and Domino's, pursuant to which McAllister was formerly authorized to operate the

13   Domino's Pizza Stores identified as Store Nos. 7742, 8416 and 8139 (collectively, the "Franchise

14   Agreements"), including, but not limited to, the following:

15       (a)    return the Operating Manual (as defined in the Franchise Agreements) and
     Customer Lists (as defined in the Franchise Agreements);
16
         (b)    cancel all assume name or equivalent registrations relating to the use of any Mark;
17   and

18       (c)    notify the telephone company, postal service, and all listing agencies in writing of
     the termination or expiration of Defendant's right to use all telephone numbers,
19   including  (530) 741-3030 for Store No. 8416, (530) 673-3131 for Store No. 7742,
     and (530) 662-5353 for Store No. 8139, post office boxes, and all classified and
20   other directory listings relating to the former franchises, and authorizing in writing
     the transfer of these to Domino's or its designee.
21
     AND IT IS FURTHER ORDERED THAT: McAllister, and any person acting under his
22
     direction or control, return to Domino's, or its attorneys, the originals and copies of any
23
     documents, forms, computer disks, specifications, and printouts in his possession, custody, or
24
     control that contain information regarding Domino's confidential, proprietary, or trade secret
25
     information, including Domino's Pulse Computer System and the Customer Lists.
26
     AND IT IS FURTHER ORDERED THAT: within five (5) days of the entry of this Order,
27
     McAllister arrange for either (i) a representative or agent of Domino's or (ii) a third party
28

1671182v2

1  computer professional to enter the Store Nos. 8416 and 7742 to remove the Pulse Computer

2  System and the Customer Lists from all computers in use in such Stores.

3       AND IT IS FURTHER ORDERED THAT: McAllister deliver to this Court, within seven

4  (7) days of the entry of this Order, a certification to the Court as follows (i) that he and any person

5  acting under his direction or control have searched for and turned over, pursuant to the terms of

6  this Order, all originals and all copies of documents, forms, computer disks, specifications, and

7  printouts containing information regarding Domino's confidential, proprietary, or trade secret

8  information, including the Pulse Computer System and the Customer Lists; and (ii) to the extent

9  McAllister has a third party computer professional remove the Pulse Computer System and the

10 Customer Lists from the Stores' computers, that such removal has been completed and such

11 certification shall be accompanied by a signed statement of the third party computer professional

12 performing such work confirming that it has been completed and the date on which it was

13 completed.

14      AND IT IS FURTHER ORDER THAT: there will be a bond in the amount of

15 $ 5,000.

16      AND IT IS FURTHER ORDERED THAT: service of a copy of this Order shall be made

17 on the Defendant in accordance with applicable law on or before October 22, 2010.

18      Issued this 22nd day of October 2010 at Sacramento ___, California, at 3:45 pm

19 a.m./p.m.

20

21      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

-3-