UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINO'S PIZZA MASTER ISSUER LLC., et al., | NO. 2:10-cv-2582 FCD EFB |
| Plaintiffs, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |
| DANIEL KENNETH McALLISTER, | |
| Defendant. | |

----oo0oo----

    1.   The hearing on Plaintiffs' Motion to Strike, in part, Defendant's Jury Demand (Docket No. 62) is continued to February 11, 2011, at 10:00 a.m.  Defendant shall file and serve his opposition brief or notice of non-opposition no later than January 28, 2011.  The plaintiffs may file and serve a reply on or before February 4, 2011.

    2.   Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiffs' motion in compliance with Local Rule 230(c).

/ / /

3.   Defendant's counsel shall file his response to the order to show cause on or before January 28, 2011.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: January 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2